No. 271. ALBERS, RECEIVER, v. FARLEY ET AL. October 14, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Messrs. Homer D. Dines* and *Llewellyn A. Luce* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *Thomas E. Harris* for respondents.

No. 295. UNITED STATES v. POLAKOFF ET AL.; and

No. 296. SAME v. FALLON. October 14, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE MURPHY took no part in the consideration and decision of these applications. *Solicitor General Biddle* for the United States. *Messrs. Irving Spieler* and *Louis Halle* for respondents in No. 295; and *Mr. Myles A. Walsh* for respondent in No. 296. Reported below: 112 F. 2d 888, 894.

No. 297. MORRIS ET AL. v. UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. Frank J. Looney* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. J. Albert Woll, M. Joseph Matan,* and *W. Marvin Smith* for the United States.